FILED

02/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0041

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0041

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BENEDICT DALE FREDERICKS,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 5, 2023, to prepare, file, and serve the Appellant's opening brief.

DATED this 27th day of February, 2023.

Bowen Green, Clerk

Montana Supreme Court